## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                            Chapter 7
                                            Case No. 24-11047-LMI

NIR MEIR,

     Debtor.
_____/

## NOTICE OF UNAVAILABILITY

**PLEASE TAKE NOTICE** that the undersigned counsel for the Debtor hereby gives notice to the Court and all concerned parties, that the Debtor is scheduled to appear on March 6, 2024 as part of his divorce proceeding and the undersigned counsel is unavailable on March 21-22, 2024 and therefore, requests that any hearings in this case not be scheduled for such dates.

                                            Respectfully submitted,

                                            **SHAPIRO LAW**
                                            8551 West Sunrise Boulevard
                                            Suite 300
                                            Plantation, Florida 33322
                                            Telephone: (954) 315-1157

                                            By: */s/ Peter E. Shapiro*
                                                 Peter E. Shapiro
                                            Florida Bar No. 615551
                                            Email: pshapiro@shapirolawpa.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 1st day of February, 2024 via CM/ECF.

                                                   */s/ Peter E. Shapiro*
                                                    Peter E. Shapiro, Esq.