UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                            Case No. 24-11047-LMI

Nir Meir,                                                                         Chapter 7

    Debtor.
_____/

**TRUTEE'S APPLICATION FOR EMPLOYMENT OF ATTORNEY
EFFECTIVE AS OF FEBRUARY 5TH, 2024**

    Drew M. Dillworth, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Nir Meir, (the "Debtor"), requests that the Court enter an order authorizing the employment of James B. Miller, Esquire, as Trustee's counsel in this case effective *as of* February 5th, 2024, and states:

    1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core matter pursuant to U.S.C. § 157(b). Venue in this district is proper.

    2. It is necessary that the Trustee employ an attorney to represent the Trustee in this case to perform ordinary and necessary legal services required in the administration of the estate.

    3. The Trustee wishes to employ James B. Miller, Esq, as counsel effective *as of* February 5th, 2024.

    4. The attorney does not hold or represent any interest adverse to the estate and the Trustee believes that the employment of this attorney would be in the best interests of the estate.

    5. Attached to this Motion is the proposed attorney's affidavit demonstrating James B. Miller, Esquire is disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under F.R.B.P. 2014.

    6. The attorney has agreed to be compensated in accordance with 11 U.S.C. § 330.

7. The Trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to the Debtor, Creditors, and other Parties.

**WHEREFORE**, the Trustee respectfully requests an order authorizing the employment effective as of February 5th, 2024, of James B. Miller, Esquire to represent the Trustee, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

By:_____/s/_____
Drew M. Dillworth, Chapter 7 Trustee
2200 Museum Tower
150 West Flagler Street
Miami, FL 33130

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served *via* CM/ECF Service, on this 5th day of February, 2024, upon: those named below and *via* U.S. Mail upon those on the attached mailing service list.

CM/ECF SERVICE LIST:

- **Drew M Dillworth**   ddillworth@stearnsweaver.com, ddillworth@ecf.axosfs.com;dmd@trustesolutions.net;mfernandez@stearnsweaver.com;dmd@trustesolutions.net;fsanchez@stearnsweaver.com;jless@stearnsweaver.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Peter E. Shapiro**   pshapiro@shapirolawpa.com, shapiro.peterr101923@notify.bestcase.com

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida and am qualified to practice before this Court as set forth in Local Rule 2090-1(A).

Counsel for Trustee *(Proposed)*
19 West Flagler Street, Suite 416
Miami, FL 33130
Telephone: (305) 374-0200
Facsimile:  (305) 374-0250
BY:_____/s/_____
JAMES B. MILLER, ESQ.
FLA. BAR NO. 0009164

2