UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                          Case No. 24-11047-LMI

Nir Meir,                                                                       Chapter 7

    Debtor.
_____/

**AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF TRUSTEE DILLWORTH'S APPLICATION FOR EMPLOYMENT OF JAMES B. MILLER AS COUNSEL**

STATE OF FLORIDA                    )
                                    ) SS:
MIAMI-DADE COUNTY                   )

James B. Miller, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and am qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am employed by the law firm of James B. Miller, P. A., with the office located at 19 West Flagler St., Suite 416, Miami, FL 33130.

3. Neither the firm (of which I am the sole shareholder) nor I hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

4. Further, neither the firm nor I have any connection with the Debtor, Creditors, or any person employed in the office of the U.S. Trustee as required by Rule 2014, other than as set forth above.

FURTHER AFFIANT SAYETH NAUGHT.

_____
James B. Miller, Esq.
Fla. Bar No. 0009164

Sworn and Subscribed before me
on February 5th, 2024.

_____
Notary Public, State of Florida.

My Commission Expires: 11/8/2025

Copies to:
All parties served with application for employment

Notary Public State of Florida
Miriam D Jaime
My Commission
HH 196383
Exp. 11/8/2025