| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 24-11047-LMI<br>Southern District of Florida<br>Miami<br>Mon Feb  5 15:18:56 EST 2024 | 88 Lex 501 Inc<br>c/o Joel Braziller, Esq<br>277 Broadway, #400<br>New York, NY 10007-2035 | American Express Bank<br>9550 Regency Square Blvd<br>Suite 501<br>Jacksonville, FL 32225-8116 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Arel Capital Partners II LLC<br>540 Madison Avenue<br>New York, NY 10022-3213 | Astor Ben Sasha LLC<br>18 East 48th Street<br>#702<br>New York, NY 10017-1050 |
| Avishai Abrahami<br>Tel-Aviv, Israel | BSDT 11th Ave LLC<br>c/o Zvi Hahn as trustee of Benny<br>Shabtai 2012 Dynasty Trust<br>New York, NY | BSDT 2012 LLC<br>1114 Avenue of the Americas<br>New York, NY 10036-7703 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>125 South West St<br>Wilmington, DE 19801-5014 | Benny Shabtai<br>200 East 69th Street<br>PH E<br>New York, NY 10021-5747 | Canfield Ruggiero LLP<br>1461 Franklin Avenue<br>Garden City, NY 11530-1648 |
| Cox Padmore Skolnick & Shakarchy LLP<br>630 Third Avenue<br>23rd Floor<br>New York, NY 10017-6731 | Double J Bryant Park 25 LLC<br>c\o Paykin Krieg & Adams LLP<br>2500 Westchester Avenue<br>Suite 107<br>Purchase, NY 10577-2515 | Double J Bryant Park 27, LLC<br>c\o Paykin Krieg & Adams LLP<br>2500 Westchester Avenue<br>Suite 107<br>Purchase, NY 10577-2515 |
| Fida and Son Construction Corp.<br>1633 West 9th Street<br>Brooklyn, NY 11223-1211 | GCE Belnord Corp<br>c/o Bryan Cave<br>1290 Avenue of the Americas<br>New York, NY 10104-0101 | GCE Property Holdings, Inc.<br>c/o Bryan Cave<br>1290 Avenue of the Americas<br>New York, NY 10104-0101 |
| Goldberg Weprin Finkel Goldstein<br>1501 Broadway<br>New York, NY 10036-5686 | HFZ 501 West LLC<br>c/o David Sorokoff, Esq.<br>805 3rd Avenue, Suite 1201<br>New York, NY 10022-7563 | HFZ CAPITAL GROUP LLC<br>600 Madison Avenue<br>New York, NY 10022-1615 |
| HFZ Capital Group, LLC<br>600 Madison Avenue<br>15th Floor<br>New York, NY 10022-1761 | HFZ Highline LLC<br>c/o David Sorokoff, Esq.<br>805 3rd Avenue, Suite 1201<br>New York, NY 10022-7563 | HFZ Highline Propertry Owners LLC<br>c/o David Sorokoff, Esq.<br>805 3rd Avenue, Suite 1201<br>New York, NY 10022-7563 |
| HFZ Highline Special Member LLC<br>c/o David Sorokoff, Esq.<br>805 3rd Avenue, Suite 1201<br>New York, NY 10022-7563 | Harsh Padia<br>395 Hudson Street<br>Suite 701<br>New York, NY 10014-3732 | Internal Revenue Service<br>Centralized Insolvecy Operations<br>Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JC Industries LLC<br>47-17 35th Street<br>Sunnyside, NY 11101 |

| | | |
|---|---|---|
| Jenny Kwan<br>c\o Paykin Krieg & Adams LLP<br>2500 Westchester Avenue<br>Suite 107<br>Purchase, NY 10577-2515 | McGreevy & Henley<br>131 Union Ave<br>Riverhead, NY 11901-4645 | NY Stone<br>31-45 Howell Street<br>Attn: Nino Cohen<br>Linden, NJ 07036 |
| NYS Dept of Tax and Finance<br>PO Box 5300<br>Bankruptcy Unit<br>Albany, NY 12205-0300 | NYS Dept of Taxation and Finance<br>Bankruptcy Unit<br>Building 8, Room 455<br>WA Harriman State Campus<br>Albany, NY 12227-0001 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Pavarini McGovern LLC<br>330 West 34th Street<br>New York, NY 10001-2432 | Polaris Lending LLC<br>c\o William Soto<br>Scarsdale Executive Building<br>531 Central Park Avenue, Ste 301<br>Scarsdale, NY 10583-1063 | Raphael Rebhan<br>3 Rothschild Blvd<br>Tel-Aviv, Israel 6688106 |
| Sav-Mor Mechanical Inc<br>30B Howard Place<br>Ronkonkoma, NY 11779-7246 | Schwartz Sladkus Reich Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022-6903 | Sergey Kostyatnikov<br>302 5th Avenue<br>8th Floor<br>New York, NY 10001-3604 |
| Seyfarth Shaw<br>620 8th Avenue<br>New York, NY 10018-1618 | Susman Godfrey LLP<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-7736 | Tiger REF Highline LLC<br>c/o David Sorokoff, Esq.<br>805 3rd Avenue, Suite 1201<br>New York, NY 10022-7563 |
| VSK E 68 LLC<br>302 5th Avenue<br>8th Floor<br>New York, NY 10001-3604 | Welby Brady & Greenblatt<br>11 Martine Avenue<br>White Plains, NY 10606-4018 | YH Lex Estates LLC<br>40 Wall Street<br>New York, NY 10005-1304 |
| Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-6149 | Ziel Feldman<br>11 68th Street<br>PH West<br>New York, NY 10065-4955 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022-1615 |
| Drew M Dillworth<br>2200 Museum Tower<br>150 West Flagler St<br>Miami, FL 33130-1536 | Nir Meir<br>102 24th Street<br>Unit 1204<br>Miami Beach, FL 33139-1764 | Peter E. Shapiro<br>8551West Sunrise Boulevard<br>Suite 300<br>Plantation, FL 33322-4007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Department of Treasury
Austin, TX 73301-0002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami  (u)Board of Directors of Chatsworth Realty  (u)Board of Managers of 11 Beach St Condo

(u)Board of Managers of 235 West 75th St

End of Label Matrix
Mailable recipients    53
Bypassed recipients     4
Total                  57