UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                             Chapter 7
                                                   Case No. 24-11047-LMI
NIR MEIR,

      Debtor.
_____/

## *EX-PARTE* MOTION TO APPEAR *PRO HAC VICE*

I, Jordi Guso ("Movant"), of the law firm Berger Singerman LLP, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Tracy L. Klestadt ("Visiting Attorney") of the law firm Klestadt Winters Jureller Southard & Stevens, LLP, an attorney admitted to practice in the States of New Jersey and New York, and currently in good standing in the following courts: (i) United States Court of Appeals for the Second Circuit; and (ii) United States District Courts for the Eastern and Southern Districts of New York and District of New Jersey; and qualified to practice in this Court, who proposes to act as counsel for YH Lex Estates, LLC ("Client") in the bankruptcy case listed above.

I am aware that the local rules of this Court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court to act as local counsel for such Client, unless the Court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the bankruptcy case identified above.

12778345-1

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court and agree to act as local counsel for the above-referenced Client in this bankruptcy case. I understand that I am required to participate in the preparation and the presentation of the bankruptcy case above and to accept service of all papers served in this bankruptcy case.

The order granting this Motion will serve to admit the Visiting Attorney to practice in this bankruptcy case noted above on behalf of such Client.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit A**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order, in the form attached hereto as **Exhibit B**, authorizing the Visiting Attorney to appear *pro hac vice* in this bankruptcy case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: February 8, 2024

BERGER SINGERMAN LLP
*Co-Counsel for YH Lex Estates, LLC*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Tel: (305) 755-9500
Fax: (305) 714-4340

By: */s/ Jordi Guso*
    Jordi Guso
    Florida Bar No. 863580
    jguso@bergersingerman.com

2

12778345-1

**EXHIBIT A**
**(Visiting Attorney's Affidavit)**

12778345-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Chapter 7
                                                                          Case No. 24-11047-LMI
NIR MEIR,

    Debtor.
_____/

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

    I, Tracy L. Klestadt ("Visiting Attorney") am a member in good standing of the bar of the State of New York and New Jersey. I am a member in good standing of the bar of the United Sates Court of Appeals for the Second Circuit, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and United States District Court for the District of New Jersey, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

    I hereby request authority to appear *pro hac vice* in this bankruptcy case on behalf of YH Lex Estates, LLC ("Client"). I designate Jordi Guso of Berger Singerman LLP ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Clients. I understand that Local Counsel is required to participate in the preparation and the presentation of the bankruptcy case above, and accept service of all papers served in such bankruptcy case, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

2

12778345-1

I certify that I am familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: February 8, 2024

Tracy L. Klestadt, Esq.
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7219
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

By: _____
Tracy L. Klestadt
New York Bar No. 2089985
Email: tklestadt@klestadt.com

3

12778345-1

**EXHIBIT B**
**(Proposed Order)**

12778345-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                Chapter 7
                                                                      Case No. 24-11047-LMI
NIR MEIR,

    Debtor.
_____/

### ORDER ADMITTING *PRO HAC VICE*

**THIS MATTER** came before the Court, without a hearing, on the *Ex Parte Motion to Appear Pro Hac Vice* [ECF No. __] (the "Motion"). The Court having reviewed the Motion and good cause appearing, it is

**ORDERED** that:

    1.    Tracy L. Klestadt ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for YH Lex Estates, LLC ("Client") in this bankruptcy case, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

12778345-1

2. Visiting Attorney may apply to become a registered user of NextGen CM/ECF in this district with full filing privileges in this bankruptcy case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

3. The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Jordi Guso, Esq.
> BERGER SINGERMAN LLP
> 1450 Brickell Avenue, Suite 1900
> Miami, FL 33131
> Telephone: (305) 755-9500
> Facsimile:  (305) 714-4340
> jguso@bergersingerman.com
> Florida Bar No. 863580

4. Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this bankruptcy case.

#   #   #

Submitted by:
Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340
jguso@bergersingerman.com
Florida Bar No. 863580

*(Jordi Guso, Esq. is directed to serve this Order upon all parties of interest and to file a Certificate of Service within 2 days of the entry of this Order).*

12778345-1