# EXHIBIT "A"

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                  Case No. 24-11047-LMI

Nir Meir,                                               Chapter 7

    Debtor.
_____/

**<u>AFFIDAVIT OF MARIA M. YIP, CPA, CFE, CIRA ON BEHALF OF YIP ASSOCIATES AS PROPOSED ACCOUNTANTS TO DREW M. DILLWORTH, CHAPTER 7 TRUSTEE EFFECTIVE AS OF FEBRUARY 8TH, 2024</u>**

**STATE OF FLORIDA**           )
                                    ) SS:
**MIAMI-DADE COUNTY**    )

      I, **MARIA M. YIP, CPA, CFE, CIRA,** being duly sworn, state that:

      1.    I am a Certified Public Accountant (CPA), a Certified Fraud Examiner (CFE), a Certified Insolvency and Restructuring Advisor (CIRA), and a Partner of Yip Associates ("**Yip Associates**"). Our firm maintains offices in Florida, New Jersey, and New York.

      2.    I am familiar with the matters set forth herein and make this affidavit in support of the *Trustee's Ex-Parte Application For Employment Of Maria Yip, CPA, And Yip Associates as Accountants Effective as of February 8th, 2024* (the "**Application**").

      3.    Drew M. Dillworth, the duly appointed Chapter 7 Trustee (the "**Trustee**") has requested that Yip Associates and I represent him for the reasons stated in the said Application.

      4.    Yip Associates maintains a conflict check system. A conflict check search was run for all creditors on the creditor matrix filed with the Court by Nir Meir (the "**Debtor**"), the Debtor and attorneys. In preparing this Affidavit, I reviewed the results obtained from the firm's conflict

1

check system and no employee in our firm has had or presently has any connection with the Debtor, the Debtor's creditors, any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, on any matters in which the firm is to be engaged with the following exceptions:

    (a)    I am the sole member of Yip Associates.

    (b)    I am a member of the panel of bankruptcy trustees in the Southern District of Florida.

    (c)    I serves as member of the pool of Subchapter V trustees for the Office of the United States Trustee in the Southern District of Florida.

    (d)    Trustee Drew M. Dillworth serves as my counsel in the unrelated bankruptcy matter *In re* Right Choice Vending-Coffee, (Case No. LLC 23-11331-SMG) in which I am the Chapter 7 bankruptcy trustee.

    (e)    The Trustee's counsel, James B. Miller, may serve as counsel for creditors in other unrelated bankruptcy matters in which Yip Associates has been retained.

    (f)    Debtor's creditors may be the same as some of the creditors in other unrelated bankruptcy matters in which Yip Associates has been retained.

    (g)    Creditors' counsel may serve as counsel for other Debtors in other unrelated bankruptcy matters in which Yip Associates has been retained.

    (h)    Creditors' counsel may serve as counsel for creditors in other unrelated bankruptcy matters in which Yip Associates has been retained.

5.    I am well-qualified to serve as accountant to the Trustee for the purpose required. I have more than 30 years of professional experience and training in forensic accounting within the context of bankruptcy. I have been retained as an accountant to render professional services to

trustees in numerous unrelated bankruptcy matters in the Southern District of Florida. Yip Associates and I have rendered professional services to fiduciaries and clients in the Southern and Middle District of Florida in other unrelated bankruptcy and non-bankruptcy matters.

6. Neither Yip Associates nor I have or will represent any other entity in connection with this case and neither Yip Associates nor I have or will accept any fee from any other party or parties in this case, except the Trustee, unless otherwise authorized by the Court.

7. The professional fees and costs incurred by Yip Associates in the course of its representation of the Trustee in this case shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 327, 330 and 331, and Rules 2014.

8. Yip Associates will apply for compensation and reimbursement of costs pursuant to 11 U.S.C. § 330 and 331, at its standard hourly rates, as they may be adjusted from time to time, for services rendered and cost incurred in this case. The rates are as follows:

| Partners | $450 - $600 |
|---|---|
| Directors | $400 |
| Managers | $350 |
| Seniors Associates | $295 |
| Associates | $220 |
| Paraprofessionals | $195 |

3

9.  No promises have been received by Yip Associates nor any member or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Maria M. Yip, CPA, CFE, CIRA
YIP ASSOCIATES
One Biscayne Tower
2 S. Biscayne Blvd., Suite 2690
Miami, Florida 33131
T: (305) 787-3750 F: 1(888) 632-2672
Email: MYip@yipcpa.com

The foregoing instrument was acknowledged before me this 20th day of February, 2024, by Maria M. Yip, CPA, CFE, CIRA, who is personally known to me.



_____
Notary Public, State of Florida

Print Name: Pamela Chuy

My Commission Expires: