UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------X
In re:                                                                     Chapter 7
                                                                                   Case No.: 24-11047-LMI

    NIR MEIR

                                                                                   **NOTICE OF APPEARANCE
                                                                                   AND DEMAND FOR SERVICE
                                                                                   OF PAPERS AND OTHER
                                                                                   <u>DOCUMENTS</u>**

                    Debtor.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE,** that DAVIDOIFF LAW FIRM, PLLC, by Jonathan Marc Davidoff, Esq., hereby enters its appearance on behalf of DAVIDOFF LAW FIRM, PLLC, Creditor in the above-captioned proceeding. Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

DAVIDOFF LAW FIRM, PLLC
Jonathan Marc Davidoff, Esq.
228 East 45th Street
Suite 1110
New York, New York 10017
Telephone: 212-587-5971
Fax: 212-658-9852
Email: jonathan@davidofflawfirm.com
Copy to: firm@davidofflawfirm.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans

of reorganization, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

Dated: March 1, 2024

                Respectfully submitted,

                DAVIDOFF LAW FIRM, PLLC

By:         **/JMD/**
                Jonathan Marc Davidoff, Esq.
                Fla Bar No. 179833
                *Attorneys for Davidoff Law Firm, PLLC*
                228 East 45th Street
                Suite 1110
                New York, New York 10017
                Telephone: 212-587-5971
                Fax: 212-658-9852
                Email: jonathan@davidofflawfirm.com
                Email: firm@davidofflawfirm.com