UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                                Chapter 7

NIR MEIR,
                                                                                                      Case No. 24-11047-LMI

      Debtor.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Ranee Bartolacci appears herein, through undersigned counsel, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010 and 11 U.S.C. § 1109(b), and requests that all notices given or required to be given in this chapter 11 proceeding or any related proceeding and all papers served in this chapter 7 proceeding be mailed to undersigned counsel at the address set forth below, unless otherwise directed by the Court.

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, all applications, notices, motions, orders, petitions, pleadings, papers, requests, reports or schedules, complaints or demands, and response or reply papers filed in the above-captioned chapter 7 proceeding or any related proceeding by providing a copy of each, unless otherwise directed by the Court, to the following:

SALAZAR LAW
Attn: Luis Salazar, Esq.
Attn: Jose Ceide, Esq.
2000 Ponce de Leon Boulevard, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 374-4848
Facsimile: (305) 397-1021

1

Primary Email: Luis@Salazar.Law
Primary Email: Ceide@Salazar.Law
Secondary Email: Lee-Sin@Salazar.law
Secondary Email: eService@Salazar.law

**PLEASE TAKE FURTHER NOTICE** that Ranee Bartolacci does not intend this Notice nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, without limitation: (i) Ranee Bartolacci's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) Ranee Bartolacci's right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Ranee Bartolacci's right to have the reference withdrawn by a district court judge in any matter subject to mandatory or discretionary withdrawal or to assert objections thereto; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Ranee Bartolacci may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 15, 2024.                    Respectfully submitted,

**SALAZAR LAW**
*Counsel for* Ranee Bartolacci
2121 SW 3rd Avenue, Suite 200
Miami, Florida 33129
Telephone: (305) 374-4848
Facsimile: (305) 397-1021
Primary Email: Luis@Salazar.Law
Primary Email: Ceide@Salazar.Law
Secondary Email: Lee-Sin@Salazar.law
Secondary Email: eService@Salazar.law

By: */s/ Luis Salazar*
    Luis Salazar
    Florida Bar No. 147788
    Jose Ceide
    Florida Bar No. 15937

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF and/or electronic mail transmission as indicated thereon.

By: /s/ *Luis Salazar*
Luis Salazar

## SERVICE LIST

**Electronic Mail Notice List**
**(Via CM/ECF)**

- USTPRegion21.MM.ECF@usdoj.gov
- ddillworth@stearnsweaver.com
- pshapiro@shapirolawpa.com
- jguso@bergersingerman.com
- kaiello@klestadt.com
- tklestadt@klestadt.com
- bkcmiami@gmail.com
- jonathan@davidofflawfirm.com
- msims@zeklaw.com