UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 24-11047-LMI

NIR MEIR,  Chapter 7

      Debtor.
_____/

### MOTION TO EXTEND TIME FOR CREDITOR YH LEX ESTATES, LLC TO (I) OBJECT TO DEBTOR'S CLAIM OF EXEMPTIONS, AND (II) FILE COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE AND/OR TO DETERMINE DISCHARGEABILITY OF DEBT

Creditor, YH Lex Estates, LLC (the "Creditor"), by and through its undersigned counsel, files this motion pursuant to Fed. R. Bankr. P. 4003(b), 4004(b), and 4007(c) and Local Rules 9013-1(C)(5) and (6), seeking an extension of time for Creditor to file, if appropriate, objections to the Debtor's claimed exemptions and to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 and/or a complaint to determine dischargeability of debt pursuant to 11 U.S.C. § 523. In support of this motion, Creditor states:

1. On February 1, 2024 (the "Petition Date"), Nir Meir (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. Drew M. Dillworth (the "Trustee") is the duly appointed Chapter 7 Trustee in this case.

3. On February 1, 2024, the Clerk of Court issued the *Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Dilworth* (the "Notice") [ECF No. 2]. The deadline for filing objections to the Debtor's claim of exemptions is thirty (30) days from the conclusion of the meeting of creditors or within thirty (30) days from when any

amendment to the list or supplemental schedules is filed. In addition, as set forth in the Notice, the deadline to object to the Debtor's discharge or challenge dischargeability of certain debts is May 6, 2024.

4. Pursuant to the Notice, the initial meeting of creditors was scheduled for March 6, 2024. However, shortly after the Petition Date, the Debtor was arrested in Miami, Florida, and then extradited to New York City for incarceration. As of the date hereof, the Debtor's incarceration remains ongoing. Consequently, the meeting of creditors was initially adjourned to April 10, 2024 [ECF No. 27], and then again to May 8, 2024 [ECF No. 39] because the Debtor failed to appear on April 10, 2024.

5. The Creditor is in the process of evaluating whether or not an objection to the Debtor's claimed exemptions is warranted and whether or not a challenge of the Debtor's discharge and/or the dischargeability of certain debts is appropriate. However, due to the Debtor's continued incarceration, the Creditor has been unable to complete its due diligence regarding these matters and it appears highly likely that such diligence will continue to be hampered due to the Debtor's continued incarceration.

6. Citing similar reasons, both the Trustee [ECF No. 31] and creditor Ranee Bartolacci [ECF No. 38] have also filed motions seeking similar relief.

7. Accordingly, Creditor respectfully requests that the Court extend the deadlines for Creditor to timely object to the Debtor's claimed exemptions and to object to the Debtor's discharge and/or challenge the dischargeability of certain debts to through and including **October 25, 2024**.

8. Pursuant to Fed. R. Bankr. P. 4003(b), the Court, for cause, may extend the time for filing objections to the Debtor's claimed exemptions if the request for an extension is filed before

the time to object expires. As set forth above, the deadline for objecting to the Debtor's claimed exemptions remains unfixed given the continued adjournment of the Debtor's meeting of creditors.

9. Pursuant to Fed. R. Bankr. P. 4004(b) and 4007(c), the Court, for cause, may extend the time for filing a complaint objecting to the Debtor's discharge or a complaint to determine the dischargeability of debt if the motion is filed prior to the expiration of the deadline. As set forth above, the deadline for objecting to the Debtor's discharge and to file a complaint to determine dischargeability of debt is May 6, 2024.

10. The undersigned counsel has spoken with counsel for the Debtor, who is unable to obtain Debtor's consent at this time.

11. This is Creditor's first request for an extension of the deadlines to object to exemptions and to file complaints objecting to the Debtor's discharge and/or to determine dischargeability.

12. This motion is not being made for purposes of delay, and no party will be prejudiced by the granting of this Motion.

**WHEREFORE**, the Creditor respectfully requests that the Court enter an order, in substantially the same form as that attached hereto as **Exhibit "A"**: (i) granting this motion; (ii) extending the time for Creditor to file an objection to the Debtor's claim of exemptions, up through and including October 25, 2024; (iii) extending the time for Creditor to file complaints objecting to the Debtor's discharge and/or complaints to determine the dischargeability of Creditor's debts, up through and including October 25, 2024; and (iv) granting such other and further relief as the

12953173-1

Court deems just and proper.

    Dated: April 19, 2024                  Kathleen Aiello, Esq. (admitted *pro hac vice*)
                                                Tracy Klestadt, Esq. (admitted *pro hac vice*)
                                                Klestadt Winters Jureller Southard & Stevens, LLP
                                                200 West 41st Street, 17th Floor
                                                New York, NY 10036 Telephone: (212) 972-3000
                                                Facsimile: (212) 972-2245 Email:
                                                kaiello@klestadt.com
                                                tklestadt@klestadt.com

                                                -and –

                                                BERGER SINGERMAN LLP
                                                1450 Brickell Avenue, Suite 1900
                                                Miami, FL 33131
                                                Telephone: (305) 755-9500
                                                Facsimile: (305) 714-4340

                                                By:   */s/ Jordi Guso*
                                                        Jordi Guso
                                                        Florida Bar No. 0863580
                                                        jguso@bergersingerman.com

                                               *Co-Counsel for YH Lex Estates, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 19th day of April 2024, electronically through the Court's CM/ECF system upon all parties on the CM/ECF Service List below.

By:  */s/ Jordi Guso*
       Jordi Guso

**EM/ECF Service List**

- **Jonathan M Davidoff**   jonathan@davidofflawfirm.com
- **Drew M Dillworth**   ddillworth@stearnsweaver.com, ddillworth@ecf.axosfs.com;dmd@trustesolutions.net;mfernandez@stearnsweaver.com;dmd@trustesolutions.net;fsanchez@stearnsweaver.com;jless@stearnsweaver.com
- **Jordi Guso**   jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **James B Miller**   bkcmiami@gmail.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Luis Salazar**   Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Mejia@Salazar.Law;Suarez@Salazar.Law
- **Peter E. Shapiro**   pshapiro@shapirolawpa.com, shapiro.peterr101923@notify.bestcase.com
- **Michael Erik Sims**   msims@zeklaw.com, 9574886420@filings.docketbird.com

**EXHIBIT "A"**
Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No.  24-11047-LMI

NIR MEIR,                                                      Chapter 7

    Debtor.
_____/

**ORDER GRANTING YH LEX ESTATES LLC'S MOTION TO EXTEND THE TIME TO (I) OBJECT TO THE DEBTOR'S CLAIMED EXEMPTIONS; AND (II) FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE AND/OR <u>DISCHARGEABILITY OF DEBT</u>**

**THIS MATTER** came before the Court on _____, 2024, upon the *Motion to Extend Time for Creditor YH Lex Estates, LLC to (I) Object to Debtor's Claim of Exemptions, and (II) File Complaints Objecting to Debtor's Discharge and/or to Determine Dischargeability of Debt* [ECF No. __] (the "<u>Motion</u>") filed by creditor, YH Lex Estates, LLC.  The Court, having considered the Motion, noting that the Debtor has no objection to the relief requested in the Motion, and being otherwise fully advised on the premises, does thereupon

12953183-1

**ORDER** as follows:

1.   The Motion is **GRANTED**.

2.   YH Lex Estates shall have an extension of time, through and including October 25, 2024, within which to object to the Debtor's claimed exemptions and to file a complaint objecting to the Debtor's discharge and/or the dischargeability of the Debtor's debt to YH Lex Estates, LLC.

# # #

Submitted by:
Kathleen Aiello, Esq. (admitted *pro hac vice*)
Tracy Klestadt, Esq. (admitted *pro hac vice*)
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036 Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Email: kaiello@klestadt.com
       tklestadt@klestadt.com

-and –

Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
jguso@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2

12953183-1