**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                 Chapter 7
                                                 Case No. 24-11047-LMI

NIR MEIR,

     Debtor.
_____/

**RESPONSE BY DEBTOR'S COUNSEL TO ORDER TO SHOW CAUSE**

The undersigned counsel, files its Response to the Court's *Order to Show Cause Why Peter E. Shapiro Should Not Be Sanctioned For Failure to Appear Setting Hearing* (ECF #49) and respectfully represents as follows:

1. On April 10, 2024, undersigned received a telephone call (voicemail message) from Luis Salazar, Esq., indicating he represents Ms. Rene Bartolacci (the Debtor's wife and subject to pending divorce proceedings) and requested an extension of time to file a complaint objecting to dischargeability of a debt and objecting to the discharge of the Debtor.

2. On April 11, 2024, undersigned spoke with Mr. Salazar and indicated he would not oppose the relief requested on behalf of Ms. Bartolacci.

3. On April 12, 2024, Ms. Bartolacci filed her *Motion to Extend Time to File Section 523 Complaint Objecting to Dischargeability of a Debt, in addition to Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor* (ECF #36). On April 12, 2024, the Clerk of Court issued a *Notice of Hearing* setting a hearing for April 30, 2024.

4. As the matter with Ms. Bartolacci was agreed to, the undersigned's law firm inadvertently failed to include the hearing date in its calendar.

5. On April 30, 2024, a hearing was held and the Court granted the relief requested by Ms. Bartolacci.

1

6. Undersigned is familiar with the Local Rules of the Court and complied by promptly communicating with movant's counsel by providing the Debtor's position. Undersigned acknowledges the Court's authority to issue an Order to Show Cause for failure to appear as referenced in the Court's "Practice Tips".

7. In related matters, undersigned has conferred with counsel for Chapter 7 Trustee Drew Dilworth and counsel for YH Lex Estates, LLC providing the Debtor's "no objections" to similar relief as was sought by Ms. Bartolacci.

8. On May 1, 2024, the Court entered its *Agreed Order Granting First Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) (ECF #31) Both Deadlines Extended to October 25, 2024, Granting Motion to Extend Time To Claimed Exemptions* (ECF # 50) in favor of Drew Dilworth, the Chapter 7 Trustee and **cancelling** the hearing set for May 14, 2024.

9. On May 1, 2024, undersigned has circulated a similar proposed agreed order (like ECF #50) to YH Lex Estates, LLC which also contemplates cancelling a hearing set for May 14, 2024. Undersigned expects same to be submitted to the Court for its approval.

**WHEREFORE**, for the reasons described herein, the undersigned requests that the Order to Show Cause be discharged and the hearing set for June 4, 2024 be cancelled and for such other relief as is just and proper.

Respectfully submitted,
**SHAPIRO LAW**

By: */s/ Peter E. Shapiro*
 Peter E. Shapiro
Florida Bar No. 615551
8551 West Sunrise Boulevard
Suite 300
Plantation, Florida 33322
Telephone: (954) 315-1157
Email: pshapiro@shapirolawpa.com

*Counsel for the Debtor*

2

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 1st day of May, 2024 via CM/ECF.

                                        */s/ Peter E. Shapiro*
                                         Peter E. Shapiro, Esq.