**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(*Miami Division*)
www.flsb.uscourts.gov

IN RE:                                                                CASE NO. 24−11047−LMI
                                                                       Chapter 7
NIR MEIR,

        Debtor.
_____/

### CREDITOR AVISHAI ABRAHAMI'S UNOPPOSED MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS AND OBJECT TO DEBTOR'S DISCHARGE AND/OR DISCHARGEABILITY OF CERTAIN DEBTS

      Avishai Abrahami ("Abrahami"), as Creditor of the estate of Nir Meir (the "Debtor"), moves this Court, pursuant to Bankruptcy Code Section 522, 523 and 727, Bankruptcy Rules 4003, 4004, 4007, and 9006(b), and Local Rules 4003-1, 4004-2, 4004-2, 4007-1 and 9013-1, for the entry of an Order extending the time for Abrahami to (a) object to the Debtor's claimed exemptions and (b) object to the Debtor's discharge or challenge the dischargeability of certain debts owed to Abrahami, with each deadline extended through and including October 25, 2024, and in support thereof states as follows:

### PROCEDURAL HISTORY

      1.     The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on February 1, 2024. ECF 1.

      2.     Drew M. Dillworth is the duly appointed Chapter 7 Trustee in this case. ECF 2.

      3.     Per the *Notice of Chapter 7 Bankruptcy Case* [ECF No. 2], the initial deadline for parties to object to the Debtor's claimed exemptions, object to the Debtor's discharge, and challenge the dischargeability of certain debts as May 6, 2024.

      4.     The Debtor is currently incarcerated in New York, and as a result the Initial Meeting of Creditors originally scheduled for March 6, 2024 (*id.*) was rescheduled to April 10, 2024 [ECF 27], then further rescheduled for May 8, 2024. ECF 39.

      5.     On April 8, 2024, the Trustee filed his First Motion to Extend Time to Object to the Debtor's Claimed Exemptions and/or the Debtor's Discharge (the "Trustee's Motion") seeking to extend those deadlines to October 25, 2024. ECF 31.

**CASE NO. 24−11047-LMI**

6. On April 12, 2024, creditor Ranee Bartolacci filed a motion seeking to extend those same deadlines to October 25, 2024 (the "Bartolacci Motion"). ECF 36.

7. The Trustee's Motion was granted by agreed order on May 1, 2024. ECF 50.

8. The Bartolacci Motion was granted at a hearing held April 30, 2024, with the order pending.

9. Thus, both the Trustee and creditor Bartolacci have been granted extensions through October 25, 2024 for the same relief sought herein.

## RELIEF REQUESTED

Abrahami seeks an extension of time during which he may object to the Debtor's claimed exemptions and object to the Debtor's discharge and/or challenge the dischargeability of certain debts, each for a period through and including October 25, 2024. This Court may extend the time to object to claimed exemptions if the request to do so is premised on good cause and made before the time has expired. Fed. R. Bankr. P. 4003. With respect to the deadline to object to the Debtor's discharge under 11 U.S.C. §727, and to object to dischargeability of Debtor's debts owed to Abrahami under §523, the Court may order that period enlarged if the request to do so is made before the expiration of the period originally prescribed, and again for good cause shown. Fed. R. Bankr. P. 9006(b).

Because the difficulties imposed by the Debtor's incarceration on Abrahami's investigation and discovery, of a kind with the reasons justifying extensions granted to the Trustee and Bartolacci, Abrahami requires additional time to determine whether filing objection(s) is necessary and appropriate. Creditor's counsel has conferred with Debtor's counsel, who does not oppose the relief herein. For these reasons, Abrahami states that reasonable and sufficient cause exists to extend the time within which he may object to the Debtor's claimed exemptions and object to the Debtor's discharge or challenge the dischargeability of certain debts, each through and including **October 25, 2024.**

**WHEREFORE,** Avishai Abrahami, as a Creditor, respectfully requests the entry of an Order: (i) granting this Motion; (ii) extending the time during which Abrahami may object to the Debtor's claimed exemptions through and including October 25, 2024; (iii) extending the time during which Abrahami may object to the Debtor's discharge or challenge the dischargeability of certain debts through and including October 25, 2024; and (iv) granting such other and further relief as this Court deems just and proper.

CASE NO. 24−11047-LMI

Dated: May 2, 2024.

                                        Respectfully submitted,

                                 By: /s/ Mark E. Steiner
                                      MARK E. STEINER
                                      Florida Bar No. 28513
                                      **LIEBLER, GONZALEZ & PORTUONDO**
                                      Courthouse Tower - 25th Floor
                                      44 West Flagler Street
                                      Miami, FL 33130
                                      Tel: (305) 379-0400
                                      *Attorneys for Avishai Abrahami*

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of May, 2024, a copy of the *Unopposed Motion to Extend Time to Object to Debtor's Claimed Exemptions and Object to Debtor's Discharge and/or Dischargeability of Certain Debts* was served via the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case.

                                        /s/ Mark E. Steiner
                                        MARK E. STEINER