UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

           Chapter 7
           Case No. 24-11047-LMI

NIR MEIR,

      Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2024, a true and correct copy of the *Notice of Hearing on the Debtor's Response to Subpoena filed by Trustee Drew Dillworth* (ECF No. 63) was filed by the Clerk of Court using the Court's CM/ECF Noticing System which sent via electronic notice to all registered CM/ECF as follows:

Jonathan M Davidoff on behalf of Creditor Davidoff Law Firm, PLLC
jonathan@davidofflawfirm.com

Drew M Dillworth
ddillworth@stearnsweaver.com,
ddillworth@ecf.axosfs.com;dmd@trustesolutions.net;mfernandez@stearnsweaver.com;dmd@trustesolutions.net;fsanchez@stearnsweaver.com;jless@stearnsweaver.com

Jordi Guso, Esq. on behalf of Creditor YH Lex Estates, LLC
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

James B Miller on behalf of Trustee Drew M Dillworth
bkcmiami@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Luis Salazar, Esq. on behalf of Creditor Ranee Bartolacci
Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Mejia@Salazar.Law;Suarez@Salazar.Law

Michael Erik Sims on behalf of Creditor Avishai Abrahami
msims@zeklaw.com, 9574886420@filings.docketbird.com

Mark E Steiner on behalf of Creditor Avishai Abrahami
MES@lgplaw.com, pm@lgplaw.com

*/s/ Peter E. Shapiro*
Peter E. Shapiro
