

**ORDERED in the Southern District of Florida on June 5, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 24-11047-LMI |
| Nir Meir, | Chapter 7 |
| Debtor. _____/ | |

### ORDER OVERRULING
### DEBTOR'S RESPONSE TO PROPOSED SUBPOENA

This matter came on before the Court on June 4th, 2024, at 9:30 a.m., for hearing on the *Debtor's Response to Proposed Subpoena* [ECF No. 62] (the "*Response*") regarding the Trustee's *Subpoena in Bankruptcy Proceeding* [ECF No.'s 44 and 44-1] (the "*Subpoena*") issued to Rosen Law LLC and Gary Rosen (collectively, "Rosen"), and

the Court, treating the *Response* as a motion for protection under FRCP 26, hearing argument of counsel,[1] and based upon the record, does hereby

**ORDER** and **ADJUDGE** that:

1. The *Response* is **OVERRULED**.

2. Rosen shall, on or before June 18th, 2024, respond to and comply with the *Subpoena* in conformity with the Federal Rules of Civil Procedure and Local Rules of this Court, and otherwise make production to James B. Miller, Esq., James B. Miller, P.A., 19 West Flagler Street, Suite 416, Miami, FL 33130 or *via* electronic format (*i.e.* – dropbox or similar) at jbm@title11law.com and miriam@title11law.com; and, any production which Rosen asserts is/are subject to the attorney-client privilege shall be identified, with specificity, in a privilege log simultaneously with the written response to the *Subpoena*.

###

Submitted by:
James B. Miller, Esq.
Counsel for Trustee
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
email: jbm@title11law.com; bkcmaimi@gmail.com

ECF SERVICE LIST:
-Jonathan M Davidoff on behalf of Creditor Davidoff Law Firm, PLLC jonathan@davidofflawfirm.com
-Drew M Dillworth ddillworth@stearnsweaver.com, ddillworth@ecf.axosfs.com;dmd@trustesolutions.net; mfernandez@stearnsweaver.com;dmd@trustesolutions.net;fsanchez@stearnsweaver.com;jless@stearnsweaver.com
-Jordi Guso, Esq. on behalf of Creditor YH Lex Estates, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
-James B Miller on behalf of Trustee Drew M Dillworth bkcmiami@gmail.com
-Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
-Luis Salazar, Esq. on behalf of Creditor Ranee Bartolacci Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com; Ceide@salazar.law;Lee-Sin@Salazar.Law;Mejia@Salazar.Law;Suarez@Salazar.Law
-Peter E. Shapiro on behalf of Debtor Nir Meir pshapiro@shapirolawpa.com, shapiro.peterr101923@notify.bestcase.com
-Michael Erik Sims on behalf of Creditor Avishai Abrahami msims@zeklaw.com, 9574886420@filings.docketbird.com
-Mark E Steiner on behalf of Creditor Avishai Abrahami MES@lgplaw.com, pm@lgplaw.com

(Attorney **Miller** shall serve (on Gary Rosen as well) a conformed copy of this *Order*, per Local Rules, and file a certificate of service)

---

[1] James B. Miller, Esq., for the Chapter 7 Trustee (Drew M. Dillworth); Peter Shapiro, Esq., for the Debtor; and, Gary Rosen, Esq., on behalf of the subpoenaed party.

2