**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                                                      Chapter 7

NIR MEIR,                                                                                          Case No.: 24-11047-LMI

    Debtor.
_____/

### TRUSTEE'S MOTION TO DISMISS CASE

Drew Dillworth, as chapter 7 trustee of the above referenced bankruptcy estate, pursuant to 11 U.S.C. § 305(a)(1), hereby moves (the "Motion") to dismiss this case for the reasons set forth below.

*Relevant Background*

1. On February 1, 2024, Nir Meir (the "Debtor") commenced this case by filing a voluntary chapter 7 petition pursuant to 11 U.S.C. § 301(a).

2. Shortly thereafter, the Debtor was incarcerated in the state of New York.

3. Since the petition date, the undersigned has continued the §341 meeting of creditors (the "341 Meeting") multiple times.

4. The Debtor remains incarcerated and has been unable to facilitate attendance at the 341 Meeting during his incarceration.

5. Undersigned has not been unable to conduct the 341 Meeting or administer the case.

6. Consequently, this case should be dismissed.

**WHEREFORE,** for the reasons set forth above, the undersigned requests that this Court enter an Order granting this Motion and providing such further relief as is justified under the circumstances.

**I HEREBY CERTIFY** that true and correct copies of the foregoing was furnished on the date filed by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and a separate copy was mailed to the Debtor by US Mail, postage prepaid.

Dated: September 3, 2024    Respectfully submitted,

       */s/ Drew M. Dillworth*
DREW M. DILLWORTH, TRUSTEE.
ddillworth@stearnsweaver.com
150 West Flagler Street
Museum Tower, Suite 2200
Miami, Florida 33130
Telephone:    (305) 789-3200

2

#10086407 v1