UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                              Case No. 24-11047-LMI

    Nir Meir,                                                                Chapter 7

    Debtor.
_____/

**TRUSTEE'S UNOPPOSED SECOND MOTION TO EXTEND TIME TO OBJECT TO THE DEBTOR'S CLAIMED EXEMPTIONS AND/OR THE DEBTOR'S DISCHARGE**

Comes Now, Drew M. Dillworth, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Nir Meir ("Debtor"), by and through undersigned counsel, files and serves this, the *Trustee's Unopposed Second Motion to Extend Time To Object to the Debtor's Claimed Exemptions and/or the Debtor's Discharge*, and states the following in support thereof:

1. The Debtor filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the United States Code on February 1st, 2024 ("Petition Date").

2. Shortly after the Petition Date, Debtor was apprehended and arrested in Miami, FL and then extradited to New York City for incarceration – where he remains, as of this date.

3. Debtor's initial 341 Meeting of Creditors was originally scheduled for March 6th, 2024; however, same was has been repeatedly continued due to the Debtor's incarceration.

4. The latest 341 Meeting was scheduled for October 1st, 2024; and, once again, was continued to November 5th, 2024 as Debtor remained unavailable.

5. Furthermore, as of even date, Debtor has yet to produce any of the financial documents which the Trustee's counsel has requested from Debtor's counsel since employment.

6. The undersigned had requested a further extension of time (*i.e.* – discharge and exemptions deadlines) from Debtor's counsel, who has agreed through January 31, 2025.[1]

7. As the Trustee has been frustrated in his ability to obtain relevant and necessary information from the Debtor to assist in the Trustee's due diligence, the Trustee requests a further extension of all deadlines (discharge and exemptions) through and including January 31, 2025.

8. A proposed agreed order is submitted herewith.

**WHEREFORE,** the Trustee respectfully requests an order granting the requested relief, and for such other and further relief this Court deems equitable and just.

Dated: October 7th, 2024

Counsel for Trustee
JAMES B. MILLER, PA
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
email: jbm@title11law.com

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164

---

[1] Recall, the Trustee had filed his *Motion to Dismiss* [ECF No. 82] the Case, which was initially heard on October 2nd, 2024 at 9:30 a.m. [*see* ECF No.83]; wherein the Debtor's counsel agreed to extend all deadlines for the Trustee and creditors through and including January 31, 2025. Therefore, this *Motion* is filed as unopposed with a proposed order granting the same.

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY That a true and correct copy of this pleading was served *via* CM/ECF Service this 7th day of October, 2024 upon all registered to receive filings via CM/ECF, including, but not limited to: Peter E. Shapiro, Esq., as Debtor's Counsel; Drew M. Dillworth, as Trustee; and, the AUST; and, *via* U.S. Mail upon Debtor, Nir Meir at 102 24th Street, Unit 1204, Miami Beach, FL 33140.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164

CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164