**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                               Case No. 24-11047-LMI

NIR MEIR,
                                                                                            Chapter 7
    Debtor.
_____/

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS CASE

Drew Dillworth, as chapter 7 trustee of the above referenced bankruptcy estate, hereby withdraws the *Trustee's Motion to Dismiss Case* (the "Motion") [ECF No. 82], without prejudice, pursuant to the section 341 meeting of creditors being held on November 6, 2024, and concluded on November 11, 2024 [ECF No. 94].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day, as indicated on the attached Service List (i) by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and (ii) First Class Mail to the parties listed in the attached service list.

Dated: November 14, 2024				Respectfully submitted,

						Museum Tower, Suite 2200
						150 West Flagler Street
						Miami, FL 33130
						Telephone:   (305) 789-3200
						Facsimile:   (305) 789-2688

						By:   */s/ Drew M. Dillworth*
							Drew Dillworth, Trustee
							ddillworth@stearnsweaver.com

2

#13250317 v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 24-11047-LMI<br>Southern District of Florida<br>Miami<br>Thu Nov 14 10:37:35 EST 2024 | Davidoff Law Firm, PLLC<br>davidoff law firm<br>228 East 45th Street<br>1110<br>NEW YORK, NY 10017-3358 | YH Lex Estates, LLC<br>Berger Singerman LLP<br>c/o Jordi Guso, Esq.<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131-5319 |
| 88 Lex 501 Inc<br>c/o Joel Braziller, Esq<br>277 Broadway, #400<br>New York, NY 10007-2035 | American Express Bank<br>9550 Regency Square Blvd<br>Suite 501<br>Jacksonville, FL 32225-8116 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Arel Capital Partners II LLC<br>540 Madison Avenue<br>New York, NY 10022-3213 | Astor Ben Sasha LLC<br>18 East 48th Street<br>#702<br>New York, NY 10017-1050 | Avishai Abrahami<br>Tel-Aviv, Israel |
| BSDT 11th Ave LLC<br>c/o Zvi Hahn as trustee of Benny<br>Shabtai 2012 Dynasty Trust<br>New York, NY | BSDT 2012 LLC<br>1114 Avenue of the Americas<br>New York, NY 10036-7703 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>125 South West St<br>Wilmington, DE 19801-5014 |
| Benny Shabtai<br>200 East 69th Street<br>PH E<br>New York, NY 10021-5747 | Canfield Ruggiero LLP<br>1461 Franklin Avenue<br>Garden City, NY 11530-1648 | Cox Padmore Skolnick & Shakarchy LLP<br>630 Third Avenue<br>23rd Floor<br>New York, NY 10017-6731 |
| DAVIDOFF LAW FIRM, PLLC<br>c/o Jonathan Marc Davidoff, Esq.<br>228 East 45th Street<br>Suite 1110<br>New York, New York 10017<br>jonathan@davidofflawfirm.com   10017-3358 | Davidoff Law Firm, PLLC<br>c/o Jonathan Marc Davidoff, Esq.<br>228 East 45th Street<br>Suite 1110<br>New York, NY 10017-3358 | Double J Bryant Park 25 LLC<br>c\o Paykin Krieg & Adams LLP<br>2500 Westchester Avenue<br>Suite 107<br>Purchase, NY 10577-2515 |
| Double J Bryant Park 27, LLC<br>c\o Paykin Krieg & Adams LLP<br>2500 Westchester Avenue<br>Suite 107<br>Purchase, NY 10577-2515 | Fida and Son Construction Corp.<br>1633 West 9th Street<br>Brooklyn, NY 11223-1211 | GCE Belnord Corp<br>c/o Bryan Cave<br>1290 Avenue of the Americas<br>New York, NY 10104-0101 |
| GCE Property Holdings, Inc.<br>c/o Bryan Cave<br>1290 Avenue of the Americas<br>New York, NY 10104-0101 | George L. Miller TTE Estate EAM 40 Meadow La<br>c/o John T. Carroll, III, Esq.<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801-1166 | Goldberg Weprin Finkel Goldstein<br>1501 Broadway<br>New York, NY 10036-5686 |
| HFZ 501 West LLC<br>c/o David Sorokoff, Esq.<br>805 3rd Avenue, Suite 1201<br>New York, NY 10022-7563 | HFZ CAPITAL GROUP LLC<br>600 Madison Avenue<br>New York, NY 10022-1761 | HFZ Capital Group, LLC<br>600 Madison Avenue<br>15th Floor<br>New York, NY 10022-1761 |
| HFZ Highline LLC<br>c/o David Sorokoff, Esq.<br>805 3rd Avenue, Suite 1201<br>New York, NY 10022-7563 | HFZ Highline Propertry Owners LLC<br>c/o David Sorokoff, Esq.<br>805 3rd Avenue, Suite 1201<br>New York, NY 10022-7563 | HFZ Highline Special Member LLC<br>c/o David Sorokoff, Esq.<br>805 3rd Avenue, Suite 1201<br>New York, NY 10022-7563 |

| | | |
|---|---|---|
| Harsh Padia<br>395 Hudson Street<br>Suite 701<br>New York, NY 10014-3732 | Internal Revenue Service<br>Centralized Insolvecy Operations<br>Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JC Industries LLC<br>47-17 35th Street<br>Sunnyside, NY 11101 | Jenny Kwan<br>c\o Paykin Krieg & Adams LLP<br>2500 Westchester Avenue<br>Suite 107<br>Purchase, NY 10577-2515 |
| McGreevy & Henley<br>131 Union Ave<br>Riverhead, NY 11901-4645 | NY Stone<br>31-45 Howell Street<br>Attn: Nino Cohen<br>Linden, NJ 07036 | NYS Dept of Tax and Finance<br>PO Box 5300<br>Bankruptcy Unit<br>Albany, NY 12205-0300 |
| NYS Dept of Taxation and Finance<br>Bankruptcy Unit<br>Building 8, Room 455<br>WA Harriman State Campus<br>Albany, NY 12227-0001 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Pavarini McGovern LLC<br>330 West 34th Street<br>New York, NY 10001-2432 |
| Polaris Lending LLC<br>c\o William Soto<br>Scarsdale Executive Building<br>531 Central Park Avenue, Ste 301<br>Scarsdale, NY 10583-1063 | Raphael Rebhan<br>3 Rothschild Blvd<br>Tel-Aviv, Israel 6688106 | Sav-Mor Mechanical Inc<br>30B Howard Place<br>Ronkonkoma, NY 11779-7246 |
| Schwartz Sladkus Reich Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022-6903 | Sergey Kostyatnikov<br>302 5th Avenue<br>8th Floor<br>New York, NY 10001-3604 | Seyfarth Shaw<br>620 8th Avenue<br>New York, NY 10018-1618 |
| Susman Godfrey LLP<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-7736 | Tiger REF Highline LLC<br>c/o David Sorokoff, Esq.<br>805 3rd Avenue, Suite 1201<br>New York, NY 10022-7563 | VSK E 68 LLC<br>302 5th Avenue<br>8th Floor<br>New York, NY 10001-3604 |
| Welby Brady & Greenblatt<br>11 Martine Avenue<br>White Plains, NY 10606-4018 | YH Lex Estates LLC<br>40 Wall Street<br>New York, NY 10005-1304 | YH Lex Estates LLC<br>c/o Andrew Heymann<br>40 Wall Street, 35th Floor<br>New York, NY 10005-1324 |
| Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-6149 | Ziel Feldman<br>11 68th Street<br>PH West<br>New York, NY 10065-4955 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022-1761 |
| Drew M Dillworth<br>2200 Museum Tower<br>150 West Flagler St<br>Miami, FL 33130-1536 | Kathleen M. Aiello<br>Klestadt Winters Jureller, et. al.,<br>200 West 41st Street, 17th Floor<br>New York, NY 10036-7219 | Maria M Yip<br>2 S. Biscayne Boulevard<br>Suite 2690<br>Miami, FL 33131-1815 |

| | | |
|---|---|---|
| Nathan Schwed<br>Zeichner Ellman & krauser LLP<br>730 Third Ave<br>New York, NY 10017-3206 | Nir Meir<br>102 24th Street<br>Unit 1204<br>Miami Beach, FL 33139-1764 | Peter E. Shapiro<br>8551West Sunrise Boulevard<br>Suite 300<br>Plantation, FL 33322-4007 |
| Tatiana Rodriguez<br>Zeichner Ellman & Krauser LLP<br>730 Third Ave<br>New York, FL 10017-3206 | Tracy L. Klestadt<br>Klestadt Winters Jureller, et. al.,<br>200 West 41st Street, 17th Floor<br>New York, NY 10036-7219 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Department of Treasury
Austin, TX 73301-0002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (u)Board of Directors of Chatsworth Realty | (u)Board of Managers of 11 Beach St Condo |
| (u)Board of Managers of 235 West 75th St | (u)Avishai Abrahami | (u)Ranee Bartolacci |

End of Label Matrix
Mailable recipients    64
Bypassed recipients     6
Total                  70