UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                              Case No. 24-11047-LMI

Nir Meir,                                                                                          Chapter 7

      Debtor.
_____/

**TRUSTEE'S AGREED THIRD MOTION TO
EXTEND TIME TO OBJECT TO THE
DEBTOR'S CLAIMED EXEMPTIONS AND/OR THE DEBTOR'S DISCHARGE**

Comes Now, Drew M. Dillworth, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Nir Meir ("Debtor"), by and through undersigned counsel, files and serves this, the *Trustee's Agreed Third Motion To Extend Time To Object To The Debtor's Claimed Exemptions And/Or The Debtor's Discharge*, and states the following in support thereof:

1. The Debtor filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the United States Code on February 1st, 2024.

2. Shortly after the Petition date, Debtor was apprehended and arrested in Miami, FL and then extradited to New York City for incarceration.

3. Debtor's initial 341 Meeting of Creditors was originally scheduled for March 6th, 2024; however, same was continued due to the Debtor's incarceration. Thereafter, the Debtor's 341 Meeting has been continued several times as Debtor remains incarcerated in New York.

4. However, after months of multiple continuance of the Debtor's 341 Meeting, the 341 Meeting was held and concluded on November 5th, 2024.

5. Thereafter, Debtor's counsel submitted an initial production of documents on November 15, 2024; which remain incomplete.

6. In the interim, the undersigned is still analyzing the material and performing third party discovery to determine the location of all of the Debtor's banking interests and assets. And, the undersigned will be issuing additional subpoenas to third parties.

7. The undersigned conferred with Debtor's counsel requesting an extension of time to object to the Debtor's claimed exemptions and/or the Debtor's discharge; and, Debtor's counsel has agreed to an extension through April 1st, 2025, for the Trustee to timely object to the Debtor's claimed exemptions and/or the Debtor's discharge.

8. As the Trustee has been unable to conclude his due diligence, and given the Debtor's incarceration and apparent inability to produce all of the requested documents and appear for a 2004 Examination, it is requested that the Court further extend the deadlines for the Trustee to timely object to the Debtor's claimed exemptions and/or the Debtor's discharge through April 1st, 2025.

9. A proposed agreed order is submitted herewith

**WHEREFORE,** the Trustee respectfully requests an order granting the requested relief, and for such other and further relief this Court deems equitable and just.

I HEREBY CERTIFY That a true and correct copy of this pleading was served *via* CM/ECF Service this 16th day of January, 2025, upon: Peter E. Shapiro, Esq., as Debtor's Counsel; Drew M. Dillworth, as Trustee; and, the AUST; and, *via* U.S. Mail upon Debtor, Nir Meir at 102 24th Street, Unit 1204, Miami Beach, FL 33140.

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

2

Dated: January 16, 2025

Counsel for Trustee
JAMES B. MILLER, PA
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
email: jbm@title11law.com

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164