UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No.: 24-11047-LMI

NIR MEIR,                                         Chapter 7

      Debtor.

_____/

**THIRD MOTION TO FURTHER EXTEND TIME FOR CREDITOR
YH LEX ESTATES, LLC TO (I) OBJECT TO DEBTOR'S CLAIM OF EXEMPTIONS,
AND (II) FILE COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE AND/OR TO
DETERMINE DISCHARGEABILITY OF DEBT**

Creditor, YH Lex Estates, LLC ("YH"), by and through its undersigned counsel, files this motion pursuant to Fed. R. Bankr. P. 4003(b), 4004(b), and 4007(c) and Local Rules 9013-1(C)(5) and (6), seeking a further extension of time for YH to file, if appropriate, objections to the Debtor's claimed exemptions and to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 and/or a complaint to determine dischargeability of debt pursuant to 11 U.S.C. § 523. In support of this motion, YH states:

1.      On February 1, 2024 (the "Petition Date"), Nir Meir (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2.      On October 10, 2024, this Court entered an *Agreed Order Granting Ore Tenus Motion to Extend Time to Object to Debtor's Claimed Exemptions and Object to Debtor's Discharge and/or Dischargeability as to All Creditors* [ECF No. 92], thereby extending the deadline to object to Debtor's claim of exemptions, file a complaint objecting to the Debtor's discharge and/or to determine dischargeability of debts until January 31, 2025.

3.      YH's deadline to object to Debtor's claimed exemptions, file a complaint objecting to Debtor's discharge and/or to determine dischargeability was further extended to April 1, 2025 [ECF No. 101].

13653748-2

4.      YH is still in the process of evaluating whether an objection to the Debtor's claimed exemptions is warranted and whether or not a challenge of the Debtor's discharge and/or the dischargeability of certain debts is appropriate. However, due to the Debtor's continued incarceration, YH has been unable to complete its due diligence regarding these matters.  Indeed, given the Debtor's incarceration, the Trustee was compelled to re-notice the Section 341 meeting of creditors on eight (8) occasions and conducting additional discovery in the form of a remote, Rule 2004 examination would be difficult given the difficulties encountered in scheduling and concluding the Section 341 meeting of creditors.

5.      Accordingly, YH respectfully requests that the Court further extend the deadlines for the Creditor to timely object to the Debtor's claimed exemptions and to object to the Debtor's discharge and/or challenge the dischargeability of certain debts up through and including **July 1, 2025**.

6.      Pursuant to Fed. R. Bankr. P. 4003(b), 4004(b) and 4007(c), the Court, for cause, may extend the time for filing objections to the Debtor's claimed exemptions, filing a complaint objecting to the Debtor's discharge or a complaint to determine the dischargeability of debt if the motion is filed prior to the expiration of the deadline.  As set forth above, the current deadline is April 1, 2025.

7.      Undersigned counsel has communicated with counsel for the Debtor who does not consent to the relief requested herein.

8.      This motion is not being made for purposes of delay, and no party will be prejudiced by the granting of this Motion.

**WHEREFORE**, YH respectfully requests that the Court enter an order, in substantially the same form as attached hereto as **Exhibit "A"**: (i) granting this motion; (ii) extending the time for YH to file an objection to the Debtor's claim of exemptions, up through and including July 1,

2

2025; (iii) extending the time for YH to file a complaint objecting to the Debtor's discharge and/or a complaint to determine the dischargeability of the Creditor's debts, up through and including July1, 2025; and (iv) granting such other and further relief as the Court deems just and proper.

Dated:  March 25, 2025

Kathleen Aiello, Esq. (admitted *pro hac vice*)
Tracy Klestadt, Esq. (admitted *pro hac vice*)
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036 Telephone: (212) 972-3000
Facsimile:  (212) 972-2245 Email:
kaiello@klestadt.com
tklestadt@klestadt.com

 -and –

BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By:  ___/s/ Jordi Guso_____
         Jordi Guso
         Florida Bar No. 0863580
         jguso@bergersingerman.com

*Co-Counsel for YH Lex Estates, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 25th day of March, 2025, electronically through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and via first class, U.S. Mail upon the Debtor, Nir Meir, 102 24th Street, Unit 1204, Miami Beach, FL 33140.

By:  ___/s/ Jordi Guso_____
         Jordi Guso

13653748-2

**EM/ECF Service List**

- **Jonathan M Davidoff**   jonathan@davidofflawfirm.com
- **Drew M Dillworth**   ddillworth@stearnsweaver.com, ddillworth@ecf.axosfs.com;dmd@trustesolutions.net;mfernandez@stearnsweaver.com;dmd@trustesolutions.net;fsanchez@stearnsweaver.com;jless@stearnsweaver.com
- **Jordi Guso**   jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Ingrid Tatiana Medina Rodriguez**   trodriguez@zeklaw.com
- **James B Miller**   bkcmiami@gmail.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Luis Salazar**   Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law
- **Peter E. Shapiro**   pshapiro@shapirolawpa.com, shapiro.peterr101923@notify.bestcase.com
- **Michael Erik Sims**   msims@zeklaw.com, 9574886420@filings.docketbird.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com

13653748-2

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

                                       Case No.: 24-11047-LMI

NIR MEIR,                           Chapter 7

       Debtor.

_____/

**ORDER GRANTING THIRD MOTION TO FURTHER EXTEND THE TIME FOR CREDITOR YH LEX ESTATES, LLC TO (I) OBJECT TO THE DEBTOR'S CLAIMED EXEMPTIONS; AND (II) FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE AND/OR DISCHARGEABILITY OF DEBT**

THIS MATTER came before the Court on _____, 2025 at __:__ a.m./p.m. upon the

*Third Motion to Further Extend Time for Creditor YH Lex Estates, LLC to (I) Object to Debtor's*

*Claim of Exemptions, and (II) File Complaints Objecting to Debtor's Discharge and/or to*

*Determine Dischargeability of Debt* (the "Motion") [ECF No. __] filed by creditor, YH Lex

Estates, LLC.  The Court, having considered the Motion, having heard argument of counsel for

YH and

13653748-2

the Debtor, and being otherwise fully advised in the premises, does thereupon

ORDER as follows:

1.      The Motion is GRANTED.

2.      YH Lex Estates, LLC is granted an extension of time, through and including **July 1, 2025**, within which to timely object to the Debtor's claimed exemptions and to file a complaint objecting to the Debtor's discharge and/or the dischargeability of the Debtor's debt to YH Lex Estates, LLC.

# # #


Submitted by:
Kathleen Aiello, Esq. (admitted *pro hac vice*)
Tracy Klestadt, Esq. (admitted *pro hac vice*)
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036 Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Email: kaiello@klestadt.com
        tklestadt@klestadt.com

-and –

Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
jguso@bergersingerman.com

*(Attorney Guso is directed to serve this Order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

13653748-2