UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Chapter 7
                                                                                          Case No. 24-11047-LMI
NIR MEIR,

    Debtor.
_____/

## NOTICE OF SERVICE OF DEBTOR'S AMENDED OMNIBUS RESPONSE TO NOTICES OF RULE 2004 EXAMINATION

The Debtor, by and through undersigned counsel, hereby notices the service of his Amended Omnibus Response to the Notice of Rule 2004 Examination by Avishai Abrahami (ECF # 153); Trustee's Notice of Rule 2004 Examination *Duces Tecum* (ECF # 154) and Notice of Rule 2004 Examination Ranee Bartolacci (ECF # 155).

Respectfully submitted,

**SHAPIRO LAW**

By: */s/ Peter E. Shapiro*
    Peter E. Shapiro
Florida Bar No. 615551
8551 West Sunrise Boulevard
Suite 300
Plantation, Florida 33322
Telephone: (954) 315-1157
Email: pshapiro@shapirolawpa.com

*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/ *Peter E. Shapiro*
Peter E. Shapiro