**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                              Chapter 7
                                                    Case No. 24-11047-LMI
NIR MEIR,

        Debtor.

_____/

**DEBTOR'S AMENDED OMNIBUS RESPONSE TO**
**NOTICES OF RULE 2004 EXAMINATION**

        The Debtor, by and through undersigned counsel, files his Omnibus Response to the Notice

of Rule 2004 Examination by Avishai Abrahami (ECF # 153) ("AA"); Trustee's Notice of Rule

2004 Examination *Duces Tecum* (ECF # 154)("Trustee") and Notice of Rule 2004 Examination

Ranee Bartolacci (ECF # 155)("RB") and respectfully represents as follows[1]:

        **I.        Documents to be Produced.**

        1.        The Debtor's tax returns from 2020 to present, including supporting documents
for all returns.

                **RESPONSE:** (AA and RB #1, Trustee #3) ***The Debtor has provided 2017,***
***2018, 2019 and 2020 federal tax returns. No subsequent tax returns have been filed.***

        2.        All documents referring, reflecting or relating to the Debtor's sale of his
Southampton Property (as described, defined and testified to in the Debtor's Initial Meeting of
Creditors) including without limitations:

        a.        Records of the property's purchase by the Debtor or any corporate entity owned
or controlled by the Debtor;

        b.        Deeds reflecting transfer of the property to the Debtor and/or the Debtor's
company and transfer by the Debtor to the subsequent purchaser;

        c.        the sale contract by which the Debtor and/or the Debtor's company sold
the property;

        d.        Closing records for the Debtor's sale of the property; and

        e.        Records of disbursements of any proceeds from the Debtor's sale of the

---

[1] The numbers following AA, Trustee and RB correspond to the respective parties' document request.

property.

   **RESPONSE:** (AA and RB #2, Trustee #11). ***The Debtor did not own the Souththampton Property. The entities EAM 40 Meadow Lane LLC and EZL 40 Meadow Lane LLC owned the Souththampton Property, as to which the Debtor had an interest. Said entities are subject to Chapter 7 proceedings pending in Delaware. The Debtor has provided a copy of the closing statement of the Souththampton Property and related closing documents.***

  3.  Operating agreements, ownership agreements, shareholder's agreement, and any other governing documents and corporate resolutions for each company listed in the Debtor's schedules including, without limitation:

   a.  EAM 40 Meadow Lane LLC; **- *Delaware Chapter 7***

   b.  EZL 40 Meadow Lane LLC; - ***Delaware Chapter 7***

   c.  EAM Partners LLC; **- *100% inactive***

   d.  KB Capital LLC;  **- *100% inactive***

   e.  NMD International LLC; **- *100% inactive (no operating agreement)***

   f.  Karma Four Ventures, NSD, LLC; ***33%***

   g.  10NSD Manager LLC; ***33%*** and

   h.  HFZ Capital Group LLC.- ***no ownership***

   **RESPONSE:** (AA and RB #3, Trustee #4) ***The Debtor's ownership interest is reflected above. The Debtor does not have any documents in his possession, custody or control.***

  4.  Records of distributions to Debtor from HFZ Capital Group LLC, or its related and/or affiliated entities.

   **RESPONSE:** (AA and RB #4) ***The  Debtor has provided 1099's* from  HFZ Capital Group LLC *for 2016, 2017 and 2018.***

  5.  Operating agreements and any other documents reflecting the Debtor's equity interest Witkoff Group, LLC.

   **RESPONSE:** (AA #5, Trustee #12) ***The Debtor does not have an interest in such entity and does not have any documents in his possession, custody or control.***

  6.  Documents supporting Debtor's claims against third parties listed in the Debtor's Schedule A, Part 33-34 (ECF No. 1, Page 14-15).

   **RESPONSE:**  (AA #6, RB #5)  ***The Debtor does not have any documents in his possession, custody or control.***

  7.  Records of distributions to Debtor from Witkoff Group LLC.

**RESPONSE:** (AA #7) ***The Debtor has no documents in its possession, custody and control.***

8.      Any documents referring, reflecting or related to the Debtor's Shore Club Property (as described, defined and testified to in the Debtor's Initial Meeting of Creditors), including without limitation documents of transfer to Monroe Capital.

**RESPONSE:** (AA #8, Trustee #13) ***The Debtor has provided the documents in his possession, custody and control concerning the Shore Club Property and settlement with Monroe Capital.***

9.      Copies of the Debtor's retainer agreements with the following law firms and/or attorneys:

a. Davidoff Law Firm, PLLC;

b. Jonathan Davidoff;

c. Davidoff Hutcher & Citron, LLP;

d. Rosen Law LLC;

e. PM Law PC;

f. Womble Carlyle Sandridge & Rice, LLP.

**RESPONSE:** (AA #9 RB #6, Trustee #14) ***The Debtor provided copies of Davidoff Law Firm, Davidoff Hutcher & Citron, Womble Carlyle. Rosen Law was provided separately to the Trustee by prior subpoena.***

10.      Any documents referring, reflecting or related to the "Philadelphia Property" (as described, defined and testified to in the Debtor's Initial Meeting of Creditors) including without limitation:

a.      Operating agreements, ownership agreements, other governing documents for each limited liability company and managing member limited liability company involved including Karma Four Ventures, NSD, LLC and lONSD Manager LLC

b.      Records of Debtor's interest in such companies

c.      Financial records for last 5 years for both Karma Four Ventures, NSD, LLC and 10NSD Manager LLC

d.      All other documents in Debtor's possession, custody or control related to the Philadelphia Property

**RESPONSE:** (AA #10, Trustee #13) ***The Debtor has provided the documents in his possession, custody and control concerning the North Station Project.***

11.        Records of sales of the Debtor's personal property since January 1, 2020 through present, including without limitation:

a.        Wine sales;

b.        Watch sales;

c.        Car sales;

d.        Art sales;

e.        Gold sales; or

f.        Furniture sales (Trustee)

g.        Collectibles of any kind.

**RESPONSE:** (AA #11 RB #7, RB #17-20, Trustee #15) ***The Debtor has no documents in its possession, custody and control.***

12.        All records of the Debtor's Cryptocurrency accounts or wallets, including but not limited to, Robinhood, Gemini, Coinbase, Exodus, Charles Schwab, and any hard-wallet, or soft-wallet, for the period of January 1, 2020 through present.

**RESPONSE:** (AA #12 and RB #8) ***The Debtor provided copies of 2022 Robinhood statements.   The Debtor does not have any other documents in his possession, custody or control.***

13.        All account records, including bank statements, cancelled checks, deposits, opening applications and signatory documents, for each bank or financial account which is in the name or joint name of the Debtor, where Debtor is an authorized signor or where Debtor has an interest of any kind, for the period of January 1, 2020 through present.

**RESPONSE:** (AA #7, RB #9, Trustee #2) ***The Debtor provided copies of certain statements from Signature Bank, Capital One, JP Morgan and Chase Bank.   The Debtor does not have any other documents in his possession, custody or control.***

14.        Trust agreements for any trusts created for the benefit of the Debtor and\ or his family.

**RESPONSE:** (AA #14, RB #10, Trustee #16) ***No such trust(s) exist.   The Debtor does not have any documents in his possession, custody or control.***

15.        Documentation of any payments to creditors since 2023.

**RESPONSE:**   (AA #7, RB #9) ***The Debtor does not have any  documents in his possession, custody or control.***

16.        Any and all records of loans from friends, acquaintances, or family since January 1, 2020 through present, including promissory notes, terms, and communications related to such loans, and including a list of each person or entity who made such loans.

**RESPONSE:** (AA #16, RB #12, Trustee #17) ***The Debtor does not have any documents in his possession, custody or control.***

17.        Documents reflecting the assignment of KB Capital LLC, Allegiant and Sunrise

entities to YH Lex.

> **RESPONSE:** (AA #17, RB #13) *The Debtor does not have any documents in his possession, custody or control.*

18.    Documentation of any payments and/or transfer, sale, or assignment of any real or personal property to YH Lex.

> **RESPONSE:** (AA #18, RB #14) *The Debtor does not have any documents in his possession, custody or control.*

19.    Full copies of the Debtor's French, US (Trustee) and Israeli passports, and any other passport issued by any other country in the name of the Debtor, including endorsements or stamps.

> **RESPONSE:** (AA #19, RB #15, Trustee #1) *The Debtor provided copies of the first two pages of his US, French and Israeli passports.*

20.    Any documents referring, reflecting or related to any storage units owned, rented or leased by the Debtor, or on the Debtor's behalf.

> **RESPONSE:**  (AA #20, RB #16, Trustee #18) *The Debtor does not have a storage unit nor any documents in his possession, custody or control.*

## II.    Additional Requests by Trustee Drew Dilworth

21.    Any and all business(es) records (including, but not limited to those relating to EAM 40 Meadow Lane, LLC, EZL 40 Meadow Lane, LLC, EAM Partners LLC, KB Capital LLC, NMD International LLC, NMD International LLC, Karma Four Ventures, NSD, LLC, lONSD Manager LLC., Ermitage One, LLC, NMLB LLC, Hrmonious Inc., Restrain NTC, Horizon Select LLC, The Art Collection NY, AGD Inc, NBD International, Bart 8 Limited Part, Fairfield Development Associates, Enterprises Products Partners LP, SC Equity Holders LLC, HFC Capital Group LLC, HF2 Real Estate Development, HFZ Shore Club, Shore Club Property Owner LLC, Shore Club managing Member LLC, HFZ Shore Club Manager LLC, Shore Club Mezzanine I LLC, The Versant Group LLC, SC Equity Holders, LLC, SC Mezz Holder Investor, LLC, Sunrise Capital Assignment Group LLC, HFZ Capital Group, LLC, North District Property One LLC, TSMH LLC, Karma Four Ventures NSD LLC, 10 North Station, 10 North Station District LLC, 10 North Station Partner LLC,  10 North District II LLC, 10 District I LLC, 10 District North Station Property Owner LLC, BSDT 2012 LLC,  The Art Collection NY, AGD Inc, NMD Internation, PJN Holdings, MC Assets Manager, YH Lex Estates LLC, HFZ Capital Group and/or any other business the Debtor is or may be affiliated) Corporate Income Tax Returns (Federal, State & Local Returns) (with all attachments and supporting documents), general ledgers, profit and loss statements, balance sheets reports, membership share/stock certificate & ledgers, bank statements, detailed wire transfers, loan documents, legible copies of any and all cancelled checks (front and back copies), cashier's checks, wire transfers, withdrawal memos, detailed  list of all assets of each of these businesses, detail list of cost, sale or value of any assets exceeding $1Ok or greater, the receipt and disposition of each such assets and any and all documents period prior to

the filing of Debtor's petition, within the Relevant Time Period

      **RESPONSE:** (Trustee #4) ***The Debtor provided operating agreements for the following entities:*** **The Versant Group, LLC, HFZ Shore Club, Shore Club Property Owner LLC, Shore Club managing Member LLC, HFZ Shore Club  Manager  LLC, Shore Club Mezzanine** I **LLC, The Versant  Group LLC, SC Equity Holders, LLC, SC Mezz Holder Investor, LLC. The Debtor *does not have any additional documents in his possession, custody or control.***

      22.    Copies of each credit card statements for any and all business(es) (including, but not limited to those relating to EAM 40 Meadow Lane, LLC, EZL 40 Meadow Lane, LLC, EAM Partners LLC, KB Capital LLC, NMD International LLC, NMD International LLC, Karma Four Ventures, NSD, LLC, 10NSD Manager LLC., Ermitage One, LLC, NMLB LLC,  Hrmonious Inc., Restrain NTC, Horizon Select LLC, The Art Collection  NY, AGD Inc, NBD International, Bart 8 Limited Part, Fairfield Development Associates, Enterprises Products Partners LP, SC Equity Holders LLC, HFC Capital Group LLC, HF2 Real Estate Development, HFZ Shore Club, Shore Club Property Owner LLC, Shore Club managing Member LLC, HFZ Shore Club Manager LLC, Shore Club Mezzanine I  LLC, The Versant Group LLC, SC Equity Holders, LLC, SC Mezz Holder Investor, LLC, Sunrise Capital Assignment Group LLC, HFZ Capital Group, LLC, North District Property One LLC, TSMH LLC, Karma Four Ventures NSD LLC, 10 North Station, 10 North Station District LLC, 10 North Station Partner LLC,  10 North District II  LLC, 10 District I LLC, 10 District North Station Property Owner LLC, BSDT 2012 LLC,  The Art Collection NY, AGD Inc, NMD Internation, PJN Holdings, MC Assets Manager,  YH Lex Estates LLC, HFZ Capital Group**,** and/or any other business the Debtor is or may be affiliated) within the Relevant Time Period.

      **RESPONSE:** (Trustee #5) ***The Debtor does not have any documents in his possession, custody or control.***

      23.    A detailed list of any and all accountants (name, phone, and address) whether it is for business(es) or personal, within the Relevant Time Period.

      **RESPONSE:** (Trustee #6) **See copies of tax returns provided.**

      24.    Any and all records of any and all transactions and the bases for all financial transactions with all supporting documents between the Debtor and the following:

    a.      Nino Cohen
    b.      Matthew Ammirati
    c.      GRW San Francisco
    d.      Zwicker & Associates
    e.      XTL Inc
    f.      Anthony Tufariello and/or Kathleen Tufariello
    g.      Crush Wine
    h.      Metro Self Storage

1.       Dhruv Piplani
J.       Hrmonious Inc
k.       Restrain NTC
1.       Davidoff  Butcher & Citron
m.       Amir Chitiz
n.       Eric Tanjeloff
o.       Parcelle Wine
p.       Acker Merrall Condit
q.       CT Entreprises
r.       HILB Group of NY
s.       Horizon Select LLC
t.       Ermitage One LLC
u.       Scavio Moves
v.       The Art Collection NY
w.       AG Dinc
x.       Harsh Padia
y.       PJN Holdings
z.       Elichai Pariente
aa.      NMD International
bb.      Jim Goodye
cc.      Hollenshed Auto
dd.      Glenn Bradford Fine Jewelry
ee.      MC Assets Manager
ff.      YH Lex Estates LLC

**RESPONSE:** (Trustee #7) *The Debtor does not have any documents in his possession, custody or control.*

25.     Any and all documents relating to any and all business SBA Loan and PPP loan(s) and the disposition of same. And the disposition and disbursement of same, within the Relevant Time Period.

**RESPONSE***:* (Trustee #8) *None, no such loans were obtained.*

26.     A full copy of Debtor's  detailed credit reports (shall include all three major credit bureaus).

**RESPONSE:** (Trustee #9) *A copy of a report from 2024 has been provided.* **The Debtor does not have any additional documents in his possession, custody or control.**

27.     Copies of any and <u>ALL Credit Cards Statements</u> in the name of the Debtor, whether or not Debtor names appear as owner, borrower, obligator, guarantor and/or authorize user or holder within the Relevant Time Period.

**RESPONSE:** (Trustee #10) ***Copies of certain statements from Capital One, JP Morgan, Barclays and American Express have been provided. The Debtor does not have any additional documents in his possession, custody or control.***

Respectfully submitted,

**SHAPIRO LAW**

By: /s/ Peter E. Shapiro
    Peter E. Shapiro
Florida Bar No. 615551
8551 West Sunrise Boulevard
Suite 300
Plantation, Florida 33322
Telephone: (954) 315-1157
Email: pshapiro@shapirolawpa.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2025, the foregoing document was served via e-mail to: Mark Steiner, MES@lgplaw.com , counsel for Avishai Abrahami; James Miller, jbm@title11law.com, counsel for Drew Dilworth and Luis Salazar luis@salazar.law, counsel for Ranee Bartolacci.

/s/ *Peter E. Shapiro*
Peter E. Shapiro