

**ORDERED in the Southern District of Florida on June 9, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| NIR MEIR, | Case No.: 24-11047-LMI |
| Debtor. _____/ | |

**AGREED ORDER GRANTING FOURTH MOTION TO FURTHER EXTEND THE TIME FOR CREDITOR YH LEX ESTATES, LLC TO (I) OBJECT TO THE DEBTOR'S CLAIMED EXEMPTIONS; AND (II) FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE AND/OR DISCHARGEABILITY OF DEBT**

**THIS MATTER** came before the Court, without a hearing, upon the *Fourth Motion to Further Extend Time for Creditor YH Lex Estates, LLC to (I) Object to Debtor's Claim of Exemptions, and (II) File Complaints Objecting to Debtor's Discharge and/or to Determine Dischargeability of Debt* (the "Motion") [ECF No. 156] filed by creditor, YH Lex Estates, LLC.  The Court, having considered the Motion, having noted the agreement of counsel for the Debtor as to the relief requested therein, and being otherwise fully advised on the premises, does thereupon:

35067563-1

**ORDER** as follows:

1. The Motion is **GRANTED**.

2. YH Lex Estates, LLC is granted an extension of time, through and including **August 29, 2025**, within which to timely object to the Debtor's claimed exemptions and to file a complaint objecting to the Debtor's discharge and/or the dischargeability of the Debtor's debt to YH Lex Estates, LLC.

3. This Order is without prejudice to the rights of YH Lex Estates, LLC to seek further extensions of the deadlines contained in paragraph 2.

# # #

Submitted by:
Kathleen Aiello, Esq. (admitted *pro hac vice*)
Tracy Klestadt, Esq. (admitted *pro hac vice*)
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 97-2245
Email: kaiello@klestadt.com
tklestadt@klestadt.com

-and –

Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
jguso@bergersingerman.com

*(Attorney Guso is directed to serve this Order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*