FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



| | | | |
|---|---|---|---|
| **Case No.:** | 24-11047 | **Trustee Name:** | Drew M. Dillworth |
| **Case Name:** | MEIR, NIR | **Date Filed (f) or Converted (c):** | 02/01/2024 (f) |
| **For the Period Ending:** | 06/30/2026 | **§341(a) Meeting Date:** | 03/06/2024 |
| | | **Claims Bar Date:** | 08/02/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Miscellaneous daily wear | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Cash | $50.00 | $0.00 | | $0.00 | FA |
| 3 | EAM 40 MEADOW LANE LLC (Chapter 7 Delaware) EZL 40 MEADOW LANE LLC (Chapter 7 Delaware) EAM PARTNERS LLC (100% - inactive) KB CAPITAL LLC (100% - inactive) NMD INTERNATIONAL LLC (100% - inactive) Karma Four Ventures, NSD, LLC (33.33%) 10NSD Manager LLC (33.33%) % | Unknown | $0.00 | | $0.00 | FA |
| 4 | Claims against: HFZ Capital Group LLC Ziel Feldman Helene Feldman Feldman 2007 Family Trust Adam Feldman Monroe Capital Asset Management MC Asset Management LLC Witkoff Group LLC Scott Alper WM 11Ave Investor LLC WAM 11AVE HOLDINGS LLC WAM 76 11TH Holdings LLC Shore Club Owner LLC Shore Club Mezz Owner LLC HFZ Shore Club Manager LLC SC Equity Holder LLC HFZ Claimant Trust HFZ Creditors Trust HFZ Member RB Acquisition LLC HFZ Member RB Holdings LLC HFZ RB Portfolio Manager LLC Lionbridge Capital Reich Portfolio | Unknown | $1.00 | | $0.00 | $1.00 |
| 5 | Claims against HFZ Capital Group, LLC and Ziel Feldman | Unknown | $1.00 | | $0.00 | $1.00 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | **$50.00** | **$2.00** | | **$0.00** | **$2.00** |

**Major Activities affecting case closing:**

Atty Miller is attempting to access pallets that are located at the Good Greek storage facility in Palm Beach.

motions to extend time have been filed.

ECF 163-Agreed Order Granting Fourth Motion to Further Extend Time for Creditor YH Lex Estates, LLC to File Section 727 Complaint Objecting to Discharge of Debtor(s)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



**Case No.:** 24-11047
**Case Name:** MEIR, NIR
**For the Period Ending:** 06/30/2026

**Trustee Name:** Drew M. Dillworth
**Date Filed (f) or Converted (c):** 02/01/2024 (f)
**§341(a) Meeting Date:** 03/06/2024
**Claims Bar Date:** 08/02/2025

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Agreed Order Granting Creditors Avishai Abrahami, Third Motion to Extend Time To Claimed Exemptions ECF 142
motions to extend time have been filed.
Case was continued because debtor is currently in jail
Case was continued because debtor is currently in jail
Case was continued because debtor is currently in jail
Case was continued because debtor is currently in jail
Case was continued because debtor is currently in jail
Case was continued because debtor is currently in jail
Trustee hired Jim Miller to investigate

**Initial Projected Date Of Final Report (TFR):** 12/30/2026

**Current Projected Date Of Final Report (TFR):** 12/30/2026

/s/ DREW M. DILLWORTH
DREW M. DILLWORTH